No. 237, Misc. PEADEN *v.* ALABAMA. Supreme Court of Alabama. Certiorari denied. Petitioner *pro se. Richmond M. Flowers,* Attorney General of Alabama, and *Paul T. Gish, Jr.,* Assistant Attorney General, for respondent.

No. 238, Misc. MEDRANO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Morris Lavine* and *Welburn Mayock* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome Nelson* for the United States.

No. 239, Misc. SULLIVAN ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioners *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 242, Misc. KING *v.* HEARD, ACTING CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 243, Misc. PRATHER *v.* KENTUCKY ET AL. Court of Appeals of Kentucky. Certiorari denied.

No. 244, Misc. JACKOVICK *v.* WASHINGTON. Supreme Court of Washington. Certiorari denied.

No. 245, Misc. ROSALES *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 246, Misc. JONES *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. Carman F. Ball* for respondent.